*Monday, September 25, 1995*

## MERIT DOCKET

**95–1854.** State ex rel. Saikus v. Eighth Judicial Dist. of Ohio.

In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for writs of mandamus and prohibition. Upon consideration of relators' motion to certify impartiality of Supreme Court Justices and demand for affidavits,

IT IS ORDERED by the court that the motion to certify impartiality of Supreme Court Justices and demand for affidavits be, and hereby is, denied, effective September 19, 1995.

IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed, *sua sponte,* effective September 19, 1995.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

## MOTION DOCKET

**95–22.** First Natl. Supermarkets, Inc. v. Merrill Lynch, Pierce, Fenner & Smith, Inc. *Cuyahoga County,* No. 66454. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. On September 19, 1995, appellee filed a request for oral argument. The document filed by appellee contains a brief for which the filing deadline imposed by S.Ct.Prac.R. VI(2) has passed. S.Ct.Prac.R. XIV(1)(C) prohibits the filing of any document after the time for filing prescribed by the rules. Accordingly,

IT IS ORDERED by the court, *sua sponte;* effective September 20, 1995, that appellee's request for oral argument be, and hereby is, stricken.

**95–1485.** Nationwide Ins. Co. v. Thomas. *Lucas County,* No. L–94–199. This cause is pending before the court as a discretionary appeal and as a claimed appeal of right. On September 19, 1995, appellants filed a motion to strike part of appellee's memorandum in response to appellants' memorandum in support of jurisdiction. It appears to the court that the motion to strike is, in substance, a reply memorandum. Whereas, S.Ct.Prac.R. III(3) prohibits the filing of reply memoranda,

IT IS ORDERED by the court, *sua sponte,* effective September 21, 1995, that appellants' motion to strike part of appellee's memorandum in response to appellants' memorandum in support of jurisdiction be, and hereby is, stricken.

## MISCELLANEOUS DISMISSALS

**95–1372.** Hewlett Packard Co. v. Cuyahoga Cty. Bd. of Revision. Board of Tax Appeals, Nos. 94–D–899 and 94–D–900. This cause is pending before the court as an appeal from the Board of Tax Appeals. It appears from the records of this court that appellant has not filed a merit brief, due September 18, 1995, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte,* effective September 21, 1995.

**95–1609.** State v. Banks. *Franklin County,* No. 87AP–83. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. It appears from the records of this court that appellant has not filed a merit brief, due September 18, 1995, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte,* effective September 21, 1995.